UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PATRICK A. CANNAVAN,

Plaintiff,

v.

NEWSOM, *et al.*

Defendants.

No. 1:26-cv-06291-KES EPG (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION AS DUPLICATIVE, DENY PLAINTIFF'S MOTION FOR PERMISSIVE JOINDER, AND DENY PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF

Docs. 10, 11

Plaintiff Patrick A. Cannavan is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C 1983. Docs. 1, 7. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 12, 2026, the assigned magistrate judge issued an order to show cause why this case should not be dismissed as duplicative. Doc. 9. On August 21, 2026, Plaintiff responded to the order to show cause, requested permissive joinder under Federal Rule of Civil Procedure 20, and further requested injunctive relief. Doc. 10.

On September 15, 2026, the assigned magistrate judge issued findings and recommendations to dismiss the action as duplicative, deny Plaintiff's request for permissive joinder under Rule 20, and deny Plaintiff's motion for injunctive relief. Doc. 11. The Court

advised Plaintiff that any objections to these findings and recommendations were due within thirty (30) days of being served. *Id.* at 9. Plaintiff filed timely objections on September 17, 2026. Doc. 12. Plaintiff's objections fail to establish why this action is not duplicative of *Cannavan v. Newsom, et al.*, Case No. 1:26-cv-05670-FJS, and plaintiff fails to show any error in the magistrate judge's findings and recommendations.

In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a de novo review. Having carefully reviewed the matter, the court concludes the findings and recommendations are supported by the record and by proper analysis.

Accordingly, the court orders:

1. The findings and recommendations issued on September 15, 2026 (Doc. 11) are ADOPTED in full.
2. Plaintiff's request for permissive joinder under Federal Rule of Civil Procedure 20 is DENIED. Doc. 10.
3. Plaintiff's motion for injunctive relief is DENIED. Doc. 10.
4. This action is dismissed as duplicative.
5. The Clerk of Court shall close this case.

IT IS SO ORDERED.

Dated: September 26, 2026

UNITED STATES DISTRICT JUDGE